AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

# UNITED STATES DISTRICT COURT

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 01 2026 ★

BROOKLYN OFFICE

## FOR THE

__EASTERN__   DISTRICT OF __New York__

UNITED STATES OF AMERICA

v.



__SINMYAH AMERA CEASAR__

Write your full name here.

Case No. __17-cr-48, 19-cr-117, 22-cr-459__
(Write the number of your
criminal case.)

**MOTION FOR SENTENCE**
**REDUCTION UNDER**
**18 U.S.C. § 3582(c)(1)(A)**
**(Compassionate Release)**

(*Pro Se* Inmate)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

## I. DOCUMENTS AND REQUEST TO SEAL

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☒ Yes ☐ No

## ATTACHMENTS

If you answered "Yes," please list below the documents you request be filed under seal:

__PREA by Staff; Medical History + Records, my__
__Psychology records 2nd PSR.__

CEASAR, SINMYAH 89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

Please list below any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged, but not required, to complete the proposed release plan. Also, a cover page for the submission of medical records and additional medical information is included as an attachment to this motion, as well as a cover page for the submission of additional information (for example, information related to victim abuse under §1B1.13(b)(4)). Again, you are not required to provide medical records or this additional information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | Request to Seal? |
|---|---|---|
| Proposed Release Plan | ☒ Yes ☐ No | ☒ Yes ☐ No |
| Additional Medical Information | ☒ Yes ☐ No | ☒ Yes ☐ No |
| Additional Information (e.g., victim abuse-related information under §1B1.13(b)(4)) | ☒ Yes ☐ No | ☒ Yes ☐ No |

## II. REQUEST FOR APPOINTMENT OF COUNSEL

I request that an attorney be appointed to help me.

☒ Yes ☐ No

## III. SENTENCE INFORMATION

Date of Sentencing: April/9/2025

Term of Imprisonment Imposed: 19 yrs 2 months

Approximate Time Served to Date: 50%

Projected Release Date: 2034 - August

Length of Term of Supervised Release: 8 yrs

Have you filed an appeal in your case?

☒ Yes ☐ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes ☒ No

CEASAR, SINMYAH 89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

Title 18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Federal Bureau of Prisons (BOP) to bring a motion on your behalf or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the BOP related to your motion, including your written request to the warden and records of any denial from the BOP.

Have you personally submitted your request for compassionate release to the warden of the institution where you are incarcerated?

☒ Yes, I submitted a request for compassionate release to the warden on (date) _3/23/2026_.  *SFF HAZELTON*
☐ No, I did not submit a request for compassionate release to the warden.  *Mr. Bennet J-2 Unit*

If you answered "No," please explain why not.

_____

_____

Did the warden deny your request?  *ELECTRONIC COP-Out*

☒ Yes, the warden denied my request on (date) _SEE ATTACHEMENT_ . *( No Active WARDEN OR No Response or Recieat From Unit Team )*
☐ No, I did not submit a request for compassionate release to the warden.

## V.  GROUNDS FOR RELEASE

This section includes specific citations to sections of the U.S. Sentencing Guidelines, specifically the policy statement at §1B1.13 (Reduction in Term of Imprisonment Under 18 U.S.C. § 3582(c)(1)(A)), often referred to as "compassionate release."

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You also may attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

---

[1] The requirements for filing this compassionate release motion with the court differ from the requirements for submitting a compassionate release request to the BOP. This form should be used only for a compassionate release motion made to the court. If you are submitting a compassionate release request to the BOP, please review and follow the BOP program statement.

CEASAR, SINMYAH  89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## A. Are you at least 70 years old?

☐ Yes ☒ No

If you answered "No," go to Section B below. You do not need to fill out Section A.

If you answered "Yes," you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. *See* §1B1.13(a)(1)(B). Please answer the following questions so the court can determine if you are eligible for release under this section of the statute.

Have you served at least 30 years in prison pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense(s) for which you are currently imprisoned?

☐ Yes ☒ No

Has the Director of the BOP determined that you are not a danger to the safety of any other person or the community, as provided under 18 U.S.C. § 3142(g)?

☒ Yes ☐ No

## B. Do you believe there are other extraordinary and compelling reasons for your release?

☒ Yes ☐ No

If you answered "Yes," please check all boxes that apply so the court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i). Section 3582(c)(1)(A) authorizes a court to reduce a defendant's term of imprisonment if "extraordinary and compelling reasons" warrant a reduction and "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

☐ I am suffering from a terminal illness. *See* §1B1.13(b)(1)(A).

☒ I am suffering from:

- a serious physical or medical condition;
- a serious functional or cognitive impairment; or
- deterioration in my physical or mental health because of the aging process

that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition. *See* §1B1.13(b)(1)(B).

CEASAR, SINMYAH  89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

☒ I am suffering from a medical condition that requires long-term or specialized medical care that is not being provided and without which I am at risk of serious deterioration in health or death. *See* §1B1.13(b)(1)(C).

☒ There is an ongoing outbreak of infectious disease or ongoing public health emergency affecting, or at imminent risk of affecting, my correctional facility that, due to personal health risk factors and custodial status, has caused me an increased risk of suffering severe medical complications or death as a result of exposure to the ongoing outbreak of infectious disease or the ongoing public health emergency, and such risk cannot be adequately mitigated in a timely manner. *See* §1B1.13(b)(1)(D).

☐ I am 65 years old or older; I am experiencing a serious deterioration in physical or mental health because of the aging process; and I have served at least 10 years or 75 percent of my term of imprisonment, whichever is less. *See* §1B1.13(b)(2).

☐ The caregiver of minor child/children or my child/children who is/are 18 years of age or older and incapable of self-care because of a mental or physical disability or mental condition has died or become incapacitated, and I am the only available caregiver for my child/children or adult disabled child/children. *See* §1B1.13(b)(3)(A).

☐ My spouse/registered partner, parent, immediate family member (child, spouse, registered partner, parent, grandchild, grandparent, or sibling), or someone whose relationship is similar to that of an immediate family member has become incapacitated, and I am the only available caregiver for them. *See* §1B1.13(b)(3)(B), (C), and (D).

☒ While serving this sentence, I was a victim of:

- sexual abuse involving a "sexual act," as defined in 18 U.S.C. § 2246(2); or
- physical abuse resulting in "serious bodily injury"

that was committed by or at the direction of a correctional officer, an employee, or contractor of the BOP or any other individual having custody or control over me. *See* §1B1.13(b)(4).

☒ There is another circumstance or combination of circumstances that, when considered by themselves or together with any of the reasons described above, are similar in gravity to the reasons described above. *See* §1B1.13(b)(5).

☒ I received an unusually long sentence, I have served at least 10 years of the term of imprisonment, and a change in the law (other than an amendment to the Guidelines Manual that has not been made retroactive) would produce a gross disparity between the sentence

CEASAR, SINMYAH  89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

being served and the sentence likely to be imposed on the date I filed this motion, after full consideration of my individualized circumstances. *See* §1B1.13(b)(6).

Please explain below the basis for your request. If there is additional information that you would like the court to consider but which is confidential, you may include that information on a separate page; attach the page to this motion; and, in Section I above, request that that attachment be sealed.

SEE ATTACHED ON This PACKET ➙
I have a Release plan and Recovery Capitol
and legal plans on Next PACKet

## VI. PREVIOUSLY FILED MOTIONS

Have you previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A) (in any court)?

☐ Yes ☒ No

If you answered "Yes," were any of your previous motions granted?

☐ Yes ☐ No

If you have previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A), what about your circumstances or the law has changed since your other motion(s) that you believe now makes you eligible? Please provide details below.

Ø

CEASAR, SINMYAH  89767053

AO 250 (Rev. 09/24) Pro Se Motion for Compassionate Release

## VII. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

3/28/2026
Date

Signature

SINMYAH CEASAR
Printed Name

89767053
Federal Bureau of Prisons Register No.

SFF HAZELTON
Federal Bureau of Prisons Facility

PO BOX 3000
Institution's Address

CEASAR, SINMYAH 89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

# UNITED STATES DISTRICT COURT
## FOR THE
EASTERN _____ DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

Case No. 17-cr-48, 19-cr-117, 22-cr-459
(Write the number of your criminal case.)

v.

SINMYAH AMERA CEASAR _____
Write your full name here.

## PROPOSED RELEASE PLAN
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☐ Yes ☒ No

Page 8 of 16

CEASAR, SINMYAH 89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

ATTACHMENT 1

**PROPOSED RELEASE PLAN**

To the extent the following information is available to you, please include the information requested below. This information will help the U.S. Probation and Pretrial Services Office prepare for your release if your motion is granted.

**A. Housing and Employment**

Provide the full address where you intend to reside if you are released from prison.

I have two Addresses To Submit (please SEE ATTACHED) A program: HOUSING WORKS NYC OR FAMILY-FRIEND House New Jersey. JOBS: PARAlegal + Food Service.

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison.

(Shelter) Housing Works: Do mato #929 472 2778 (e.domato@housingworks.org)
② Jahzal Gould: 609-600-7076 OR 609-900-3681
③ LABAN Hussen.

Provide the names (if under the age of 18, please use only their initials), ages, and relationship to you of any other residents living at the above-listed address.

② Jahzal Gould Son is Zy. Gould (10yrs) family member friends

Do you know where you will work if you are released? If so, please provide the name and address of the employer and describe your job duties. If you do not have a specific employer, please describe the type of work you plan to do upon release.

② Opportunities of Jobs; Food services at N.Y.U. Colleges as a line cook and Paralegal; Manhattan Defenders office, Nyc.
— See Attached —

List any additional housing or employment resources available to you.

Another Housing:
Another Jobs:                    SEE ATTACHD PAPERS →

**B. Medical Needs**

Will you require ongoing medical care if you are released from prison?

☒ Yes ☐ No

CEASAR, SINMYAH 89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

Will you have access to health insurance if released?

☒ Yes ☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number.

HEALTH FIRST (NYC) In my PSR, FBI SEIZE INFO
EBT CARD (2021) Subepena that Records.

If no, how do you plan to pay for your medical care?

_____

_____

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☒ Yes ☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☒ Yes ☐ No

If yes, please include them with your motion.

If no, where are the records located?

FBI & Probation of Brooklyn District They have
all my documents / SEE ATTACH Copies of Discovery
C.D.

Are you prescribed medication in the facility where you are incarcerated?

☐ Yes ☒ No

If yes, list all prescribed medication, dosage, and frequency.

SFF HAZELTON HAS NEGLECTED MY CARE AND HAS NOT FULLY
EXAMINE ME SINCE I HAVE BEEN AT HAZELTON (BP-9) Filed 2026

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes ☒ No

CEASAR, SINMYAH 89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

If yes, list equipment required.

_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes ☒ No

If yes, list the required assistance and how it will be provided.

_____

Do you require assisted living?

☐ Yes ☒ No

If yes, provide the address of the anticipated home or facility and the source of funding to pay for it.

_____

Are the people you are proposing to reside with aware of your medical needs?

☒ Yes ☐ No

Do you have other community support that can assist with your medical needs?

☒ Yes ☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use only their initials.

① Abdullah Shakir Jr, (uncle)   ③ Jalal Gary
② Habibah Alli (Aunt)

Will you have transportation to and from your medical appointments?

☒ Yes ☐ No

CEASAR, SINMYAH  89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 1

Describe the method of transportation.

Metro Transit (NYC) & UBER & Family members have Vechiles (finznial income)

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

3 / 28 / 2026
Date

Signature

SINMYAH AMERA CEASAR
Printed Name

89767053
Federal Bureau of Prisons Register No.

SFF HAZELTON
Federal Bureau of Prisons Facility

PO BOX 3000, Brucetn mills, WV 26525
Institution's Address

CEASAR, SINMYAH 89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

ATTACHMENT 2

# UNITED STATES DISTRICT COURT
## FOR THE
_EASTERN_ DISTRICT OF _NEWYORK_

UNITED STATES OF AMERICA

Case No. 17-cr-48, 19-cr-117, 22-cr-459
(Write the number of your criminal case.)

v.

_SINMYAH AMERA CEASAR_
Write your full name here.

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☒Yes ☐No

CEASAR, SINMYAH 89767053

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## ATTACHMENT 2

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent that you have medical records or additional medical information that supports your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

3/20/2026
Date

Signature

SINMYAH CEASAR
Printed Name

89767053
Federal Bureau of Prisons Register No.

SFF HAZELTON
Federal Bureau of Prisons Facility

SFF HAZELTON, PoBox, 3000, Bruceton mills, WV, 26525
Institution's Address

CEASAR, SINMYAH  89767053

TURN
NEXT
→

EASTERN DIST. OF NY

3/28/2026

To whom it may concern, Judge Matsumoto,

I am submitting my (3582$ )(c)(1)(A)
Compassionate Release (Pro Se inmate).
→ CASE # 17-cr-48, 19-cr-117, 22-cr-459 ←

"I am preparing to submit my clemency
petition in April 2026.
I currently recieved a diploma at
Blackstone Career School. I made
copies and organize all supporting
documents to present a complete
and structured case."

"I understand the responsibility that
comes with my name, a I am committed
to building a record that reflects
integrity, growth, and contribution —"

"I am a woman of faith and committed
to discipline, growth, and service."
I am committed to living as a law-
biding citizen, productive citizen.
My daily Actions, Studies, a discipline
reflect that I am (NOT) a threat →

(#2 Pg5) Continue

3/26/26

(Not) TO public safety, but rather some one working to contribute positively to society."

Over the time I've been in prison, I, documented, what I am learning, How I am applying it and preparing for my re-entry.

Making academic accomplishment's and removing negativity. As well as, Demostrating my committment to success. For such as; Journal entries; Logging in my daily thoughts and events.

Accountability is important and I maintaing to progress.

I learned that Structure is a form of freedom. So, I, created a schedule for the life I intended to live. 30-day goals Thru 90 day goals and 6 months Adjustments.

Next pAGE (#3)

Thrn



end #3

My schedule. focused on maintaing balance across important areas of life:

① Emotional regulation
② Physical movement
③ family connection
④ intellectual growth
⑤ Purpose-driven work

All of this is what I'm submitting to you and much more in my Exhibits A-U (2025) That my Attorney team sent you—

All of these steps I take is long-term goals and success.

I'm sorry if my hand writing is Not clear and Concise. I have cramps in my hands due to severe Carpol Tunnel So unable to write Neatly.

Thank you for your time, your Honors
— Amera Ceasar —

Personal Photos By:

Sinmyah CEASAR.

All Thru Covid times
Outside 2020-2024.
After Remanded.

Please Review
every PAGE.
☺ Thank you!







*Recovery Capitol/Release Plans*

| | |
|---|---|
| **NYU Langone Psychiatry Associates Trauma Program**<br>1 Park Ave. 8th Floor<br>New York, NY 10016 | It is imperative that Ms. Ceasar find a trusted mental health professional with whom she can work through her trauma. NYU Langone offers specialized mental health treatment for trauma survivors that would be well-tailored to the length and severity of her trauma history, including:<br><br>• Cognitive processing therapy<br>• Prolonged exposure therapy<br>• Eye movement desensitization and reprocessing (EMDR)<br>• Dialectical Behavioral Therapy<br>• Acceptance and commitment therapy<br>• Psychodynamic psychotherapy |
| **Safe Horizon Counseling Center**<br>https://www.safehorizon.org/counseling-center/<br>(347) 328-8110 | Safe Horizon operates New York's only mental health clinic that solely offers trauma-focused treatment for survivors of abuse and crime of all ages. They work with people who have trauma histories as well as histories of involvement in the criminal legal systems. Ms. Ceasar can connect with Safe Horizons when she returns home to the community by calling the listed number and requesting an appointment at a counseling center. |
| **Housing Works**<br>Behavioral Health Clinic<br>301 W. 37th St, 5th Floor<br>New York, NY 10018 | Housing Works operates a mental health clinic offering therapy and outpatient substance abuse services for people returning home from incarceration. Services include collaborative care amongst social workers, psychiatrists, and psychologists, individual and group therapy, and more. |
| **Khalil Center**<br>https://khalilcenter.com/mental-health-services/counseling-services | Khalil center offers culturally-specific mental health services for the Muslim community in New York City. Ms. Ceasar's priority is to work with someone who offers trauma-focused treatment, so |

33

FLIL OVER

| | she should advocate for such a provider when in contact with the center. |
|---|---|

### EDUCATIONAL & VOCATIONAL SERVICES

Ms. Ceasar has bright and meaningful hopes and dreams for the future. She wants to one day operate her own non-profit organization that offers mental health and peer support services. She wants to go to college.

| | |
|---|---|
| **The College Initiative**<br>John Jay College of Criminal Justice<br>The City University of New York<br>524 West 59th Street<br>New York, NY 10019<br>212-484-1327<br>http://johnjaypri.org/educational-initiatives/college-initiative/ | The College Initiative works with formerly incarcerated men and women to help make the dream of college a reality. Because the program focuses on college graduation and not solely admission, it provides support at every stage of the college application process and throughout the college experience. |
| **John Jay College**<br>The Navigator Certificate in Human Services and Community Justice<br>https://justiceandopportunity.org/career-pathways/navigator/ | Ms. Ceasar wants to serve her community as a community navigator, who connects people to resources and programs. She already researched the certificate program at CUNY John Jay and is interested in joining when she comes home. |
| **LaGuardia Community College**<br>Mental Health Peer Specialist Training Program<br>31-10 Thomson Avenue<br>Long Island City, NY 11101<br>https://www.laguardia.edu/ce/career-skills-training/mental-health-peer-specialist-training-program/ | In addition to being a community navigator, Ms. Ceasar wants to become a peer recovery specialist. Peer recovery specialists are individuals who live with mental illness and provide support to other people |

### PHYSICAL WELLNESS & HEALING

Research indicates that successful trauma treatment should include a multi-faceted approach that in addition to psychotherapy may include mindfulness practices and physical movement. Ms. Ceasar is motivated to engage in deep trauma healing work and is interested in multi-cultural approaches to such healing.

| | |
|---|---|
| **Exhale to Inhale**<br>https://www.exhaletoinhale.org/ | Exhale to Inhale offers trauma-informed yoga classes to survivors of trauma to empower and heal |

34

FLIP OVER    (PAGES 33 & 34)    LOOK ON The BACK

# HUMANS
## of San Quentin

Sinmyah Amera #89767053
MDC Brooklyn
80-29th Street
Brooklyn, NY, 11232

12.13.23

Dear Sinmyah,

We hope this letter finds you in good health and a wonderful mindset, we think about all of you inside daily.. . First and foremost, thank you so much for your letter. Your story is so inspiring, it's beyond comprehension how strong you are! And how you went through all of this and became more aware and more faithful with great plans and dreams that you're pursuing. We're glad you were able to spend the time in Morocco and find a sense of community. The hardships we go through make us stronger and more aware of who we are, we learn and we grow, and that's exactly what you did wonderfully!

Your piece was written quite powerfully and poignantly, we think that your introspection offered your audience a compelling window into your world. We were touched by your wonderfully written piece. We often hear from many people that reflecting upon their submission gives them a different perspective and we hope this process offers you something new. Learning about your journey certainly gave us insight into your life, thank you for believing in us.

We will be featuring your story on our website! You have effectively contributed to our mission of changing the general public's perspectives of incarcerated people. Your captivating words have great potential to resonate with people emotionally and educate many. We appreciate your trust in us to share your voice with the world. Vulnerability is one of the strongest traits a person can have, and in this case, you have employed it for positive change. We hope you take great pride in sharing your piece. This window into your world, you have chosen to share is impactful, it is powerful and it is valued in the eyes of so many humans. The ultimate goal of Humans of San Quentin is to shine a light into every cell around the globe 🌍 and bring a collective consciousness surrounding incarceration and rehabilitation in our communities. We are glad you took the time to stop and consider us. As of today we are a tiny organization consisting of Diane, some volunteers and a dozen or so high school interns. Because of you, we are bringing an awakening to life. Your faith while living inside keeps us going. Truly thank you for your words.

To commemorate your accomplishment, we are sending you a certificate to recognize your trust in us, the vulnerability you have chosen to share with the 🌎 , and your honesty and truth for the sake of education and awareness. For this, we thank you from the bottom of our hearts. We hope you continue sharing your story in the future. At this time we do not need to receive another submission from you. You are on our minds and in our hearts 🌐 , we send good vibes your way!

As Juan likes to say, Stay Positive and Test Negative,

*Diane & the Humans of San Quentin Team*

Humans of San Quentin
P.O. Box 417
San Quentin, Ca. 94964

# HUMANS
## of San Quentin

# IN RECOGNITION

## PRESENTED TO

# Sinmyah Ceasar

For your willingness to be vulnerable and truthful in your published writings that give voice to the unheard. Your story plays a pivotal role in the public's education about those living behind bars.

humansofsanquentin.com

December 2023

- **Practical Applications:** In fields like education, healthcare, and workplace management, Maslow's framework helps identify barriers to motivation and guides strategies to fulfill various needs.

- **Criticisms:** Maslow's biographical approach, cultural biases, and the debate over rigid vs. flexible ordering highlight the importance of viewing his theory as a starting point rather than an absolute rule.

## What Is Maslow's Hierarchy Of Needs?

According to Maslow, human needs were arranged in a hierarchy, with physiological (survival) needs at the bottom, and the more creative and intellectually oriented 'self-actualization' needs at the top.

Maslow argued that survival needs must be satisfied before the individual can satisfy the higher needs.

The higher up the hierarchy, the more difficult it is to satisfy the needs associated with that stage, because of the interpersonal and environmental barriers that inevitably frustrate us.

Higher needs become increasingly psychological and long-term rather than physiological and short-term, as in the lower survival-related needs.

Case 1:19-cr-00117-KAM    Document 152    Filed 04/01/26    Page 24 of 55 PageID #: 1548

1. <u>Physiological needs</u> are biological requirements for human survival, e.g., air, food, drink, shelter, clothing, warmth, sex, and sleep.

Our most basic need is for physical survival, and this will be the first thing that motivates our behavior.



# Blackstone Career Institute
### Est. 1890

## Awards this Certificate in
## Legal Assistant/Paralegal
### upon

## Sinmyah Amera Ceasar

*who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining.*

In Testimony Whereof *this recognition of achievement is*

### Given this 10th day of March 2026

President

Valerie L. Behrle B.S., M.Ed.
Director of Education

TRULINCS 89767053 - CEASAR, SINMYAH AMERA - Unit: HAF-J-B

----------------------------------------------------------------------------------

FROM: 89767053
TO: Abdul, Abdul; Professor, Celeste; Shakir, Munir; Stephens, Nora; Yamahiro, Hana
SUBJECT: CLEMENCY BOARD 2026
DATE: 03/18/2026 09:38:57 AM

To Whom It May Concern, (CLEMENCY BOARD OF D.C.) 2026 And EASTERN Dist, OF NYC (Courts)

May Peace & Blessings be upon when you read this! May you be passionately merciful and compassionately notion as observing and judging my presentation.

As I am beginning, I pray to Almighty God that you may accept and grant my clemency and forgive me for my past youthful decisions; that injustice that I committed against my soul and reputation and hindered communities. Due to my incarceration, it's a true punishment that I've endured many difficulties; but it helped me rehabilitate.

If you ask if I am loyal to my country, and I can be represent myself as an American citizen and contribute to society as a productive young woman - I am. Evidence that you will view in these documents presentations and projects I have created with my legal team. All the efforts, patience, and certainty, I have worked very hard to maintain to be keen to a routine policy, boundaries and to protect me. All of this attributes to my goal settings and accomplishments at rebuilding layers of trust within the community, and to rebuild my reputation and to cultivate and motivate both young people and adults.

All of this is long term success and freedom to me.

With realistic release plans and lucrative goals, me entering society again, I will and wish to emphasize professional competence and utmost excellence in everything that I endeavors to do. Because I am becoming myself as I a model exemplary example (as a barometer) of excellence in my field; it is imperative for a human being and as a woman of faith to be a modern dynamic. To leave a legacy of businesses that will be enriched with knowledge and to be mutually elevated with society long term.

This is a 'just-action' and 'just-society' that has a ripple effect. It will benefit charities and underprivileged communities, and fix layers of infrastructure and decrease the violence and other crimes in the New York City communities. As one of the true objectives that the President of the United States and the White House to form and make America great, or at least safer.

It will all take effort and true energy.

Also, this is what will bring me respect to my reputation and give me a sense of community. And all the loss, and pain and damage that I had will be cleansed spiritually. It will be a highlight in a timeline of my life as life is short.

Thank you for your time, and hope to get the decision as soon as possible.

Sincerely,
sinmyah amera ceasar

You don't have to beat opioids on your own. You have Groups.



Quick access to medicine



Virtual and in person support



Counseling and peer support services

Private insurance, Medicaid and Medicare accepted

# Get treatment when and how you need it.

Get care virtually across the state or in person at one of our locations.



Call us today
**(888) 275–5670**

joingroups.com



# Medicine Community & Support

Get community-powered recovery and help reaching your goals. Treatment is available online or in person.

 groups

## Our Mission

### Groups changes lives.

We're here to help you build the life you want and deserve with medication, group therapy, and community support. We provide care that's respectful, affordable, and easy to access — so you can get the help you need, exactly when and how you need it.

### Get compassionate care.

- Medicine, counseling, and other peer services
- Flexible virtual or in-person care
- A caring, judgment-free community
- Just one hour per week



"Groups definitely saved my life and helped me get back on track."

Ben
Groups Member

## How to Join



### Call us at any time.

We're available day or night to answer questions and schedule your first appointment.

### (888) 275–5670



### Meet your care team and get your prescription.

You'll meet virtually with a counselor and physician. If Groups is a good fit, we'll prescribe your medicine to pick up at your local pharmacy — we're here if you need help.



### Join your first Group!

Attend your first group session with your counselor and local members — through the app or in person.

joingroups.com

## Our Approach



### Quick access to medicine

Our doctors prescribe Suboxone to help you with cravings and withdrawal.



### Group therapy

Meet with your local group for weekly one-hour meetings at a time that works for you.



### Whole-person care

We help you reach your goals with resources like healthcare, jobs, transportation, and housing support — so you can overcome addiction and thrive in recovery.

joingroups.com









**ServSafe**
National Restaurant Association

# Certificate of Achievement



**ANAB**
ANSI National Accreditation Board
ACCREDITED
ANSI/ASTM E2659
CERTIFICATE ISSUER
#0655

This certificate is awarded to

## SINMYAH CEASAR

Congratulations! You have completed

## ServSafe® Food Handler
Employee Food Safety Course and Exam

National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, IL 60606-6383
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com

Certificate Number  82717949       Date  12/10/2025

Expiration Date  12/10/2028



©1986–2024 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. The ServSafe®, NRAEF, National Restaurant Association and National Restaurant Association Solutions, LLC (Solutions) names and logos are registered trademarks used under license by Solutions and may not be otherwise used without the explicit written permission of the owner of each mark.

BP-S324.052
AUG 94

## WORK PERFORMANCE RATING - INMATE

CDFRM

### U.S. DEPARTMENT OF JUSTICE

### FEDERAL BUREAU OF PRISONS

| Inmate's Name CEASAR, Sinmyah | Register No. 89767-053 | Unit Unit 3 North (BA) |
|---|---|---|

| Evaluation Period March 2025 | Work Assignment Unit & Sanitation Orderly |
|---|---|

Bonus Justification

Signature and Date of Department Head Approval

Route to Department Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

### A- QUALITY OF WORK

1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
⑤ Outstanding. Does superior work



### B. QUANTITY OF WORK

1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
⑤ Outstanding. Drives self exceptionally hard all the time.

### C. INITIATIVE

1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things.   Doesn't wait to be told what to do.
⑤ Outstanding. Has good ideas on better ways of doing things.

### D. INTEREST; EAGERNESS TO LEARN

1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

### E. ABILITY TO LEARN

1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates.   Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

BP-S324 (continue)

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
  1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
  2. Needs closer supervision than most. Not very dependable.
  3. Average. Can be relied on for certain things but must be supervised by others.   Usually prompt and dependable.
  4. Needs little supervision. Good record of dependability and promptness.
  5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
  1. Poor. Resentful and hostile. May argue with supervisor.
  2. Fair. Resists or ignores suggestions.
  3. Satisfactory. Generally does what is told without any fuss.
  4. Good. No hostility or resentment. Tries to improve.
  5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
  1. Poor. Negativeness, hostile, annoying to others.
  2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
  3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
  4. Good. Friendly, congenial, helpful; others like to work with.
  5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
  Bases on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
  1. Fire or lay off that individual?
  2. Transfer the person to a less demanding job at a lower pay scale?
  3. Continue to employ the person but without a raise or promotion this time?
  4. Raise the person's pay but keep the person at the same job?
  5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
  1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.
  2. Hours of Satisfactory work ___160 hrs.___ .
  3. Regular Pay ___.124___ .
  4. Bonus Recommended: ☐ yes; ☒ no _____ .
  5. Total Pay ___$19.20___ .

| Supervisor's Signature | Date |
|---|---|
|  | March 31, 2025 |
| Inmate's Signature | Date |
|  | March 31, 2025 |

Inmate_____was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

(This form may be replicated via WP)                                        Replaces front-side to BP-324, OCT
84



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Ceasar, Sinmyah
### Reg. No. 89767-053

## *has satisfactorily completed*

## The Lessons Learned Workbook

*and is hereby awarded this certificate, this 12th day of May, 2025.*

Dr. Rosinski
Staff Psychologist

© 2019 Great Papers

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Ceasar, Sinmyah
*Reg. No. 89767-053*



## has satisfactorily completed

### The Feelings Workbook

*and is hereby awarded this certificate, this 16th day of April, 2025.*

Dr. Rosinski
Staff Psychologist

© 2024 Great Papers

TRULINCS 89767053 - CEASAR, SINMYAH AMERA - Unit: HAF-J-B

---------------------------------------------------------------------------------------

FROM: Shakir, Munir
TO: 89767053
SUBJECT: RE: character witness letter
DATE: 03/11/2026 07:51:13 AM

To whom it may concern,
I am writing this letter as a character witness in support of ▉▉▉▉. I have had the opportunity to know and observe her personal growth over time, and I can confidently say that she has shown a strong commitment to changing her life and building a positive future.

Over the past several years, I have witnessed her dedication to personal development, education, and self-improvement. During her time of incarceration, she maintained clear conduct for three years and completed numerous program hours focused on rehabilitation, personal responsibility, and life skills. These accomplishments demonstrate her discipline and determination to become a better person.

Education has become a central part of her transformation. She has earned credentials in Culinary Arts, Nurse Assistant training, and Paralegal studies. In 2026, she accomplished an important milestone by completing her Associate Degree in Law (Paralegal/Legal Assistant) through Blackstone Institute. These achievements show her willingness to work hard and prepare herself for a productive future.

She has also expressed strong educational goals moving forward. She plans to continue her education in New York City by pursuing a Bachelor's Degree in Criminology and an Associate Degree as a Community Navigator so that she can help others access resources and support services. Additionally, she hopes to further develop her passion for food by pursuing advanced education in Culinary Arts.

Beyond education, she has meaningful goals for contributing to the community. One of her plans is to start a food truck business that will provide quality food and create opportunities for others. She has also discussed plans to work with her family to eventually open an agency that provides mental health and legal services to members of the community. This vision reflects her desire to help people facing challenges similar to those she has experienced.

She has the support of family, friends, and members of her community who believe in her ability to succeed. That support system continues to encourage her to stay focused, responsible, and committed to her goals.

I know that her life has not been easy, and incarceration has taken a toll on her mentally, spiritually, and physically. However, I have seen how she has used these experiences as motivation to grow, heal, and pursue a better path. She has shown resilience, maturity, and a sincere desire to live a positive and productive life.

For these reasons, I respectfully ask that you consider her efforts, accomplishments, and future goals. I believe she has the potential to continue growing, thriving, and making meaningful contributions to her family and community.

Sincerely,
Munir B. Shakir
640-208-1085



# Ceasar's I.V.C. Inc.

Ikigai- Vibez

Mental health and Recreational Program/ Community Treatment Center

By: Amera Ceasar









© 2026

SINMYAH AMERA CEASAR

# About C.EO



Sinmyah Amera Ceasar

November 1994

Muslim

Licensed Chef / Former tattoo artist/ Painter / Poet

Formerly incarcerated

Survivor of abuse and neglect

First hand in& out of the system of foster care shelter and incarceration

New Jersey born and currently reside in NYC

Seeking to be a (peer) counselor and a community navigator.




I am a chef and an artist who is passionate about helping people in need and encouraging self knowledge. I have experiences with the criminal justice system  and was formerly incarcerated. I've experienced a traumatic and epic life. What held me together was faith and spiritual guidance along with staying active mentally and physically.  I have experienced homeless and poverty first hand that allows me wisdom to share.



The human being when reformed, he will reform the environment. – Unknown



# What's I.V.C.?



- **Identify**- to recognize, to distinguish what is healthy and unhealthy, self-knowledge, and self-discovery.

- **Verify** – to authenticate, to articulate any and everything you do to let yourself know your intentions of what you're doing is safe, healthy, and successful.

- **Clarify** – to clarify your situation with no hesitation, to explain in an honest and peaceful way, and limit the stress.

*To rectify your livelihood for a better you.



# Proposal

- Raise self-awareness using methods such as educational/recreational seminars, mental health therapy, and intervention
- Empower participants to maximize their strengths to reach their potential completely by using innovative health programs.
- To reshape poverty-stricken areas





# Mission Statement / Passion Statement

This agency will be following the authentic Islamic teachings and traditions and ancient Japanese methodology and etiquette. With the royal treatment programs at I.V.C. it will allow you to discover yourself and reach your full potential by reshaping your mind to create bosses.

I.V.C will help people to get to a good place in their lives being happier and productive through spiritual cleansing and personality development using Islamic tradition and authentic teachings along with rituals and etiquettes a collaboration with Japanese secrets and methodologies to a happy and long life.

*The collaboration between the Asian and Middle Eastern culture will follow the dietary restriction, physical, social, emotional, economical, educational and mental well being.



# Program Goals



- To lessen incarceration, sex trafficking, decrease community violence
- To reshape poverty-restricted areas
- To the mental necessity of our new and old generation with a royal treatment program.
- To educate the uneducated.
- To reprogram the dysfunctional family household.

*To lessen community violence ➡ 100% successful



# Business alignment

- Federal & State funds and grants
- Sponsors and investors from the religious community
- Religious Community donations
- Million Dollar Project
  - 500K "Housing"- Building renovation
  - 100k  material and office tools
  - 60k (quarterly) - Food Supply
    - Personal investment of 30K quarterly for Ceasar's Royal Chocolates Inc.
  - 95k car service & food truck
  - 200k promotions/ads / misc. fees

# Mental Health Programs

- Case by case assessments
- Trauma classes
- Abuse recovery
- Addiction intervention
- Hygiene awareness (mental and physical)
- Spiritual empowerment
- 7 Psychological laws
  - Control
  - Expectation
  - Patience
  - Attraction
  - Repetition
  - Habits
  - Relaxation

*IVC programs will be interpreted to other major Languages



MENTAL HEALTH










# The Recreational Programs

- Fitness and wellness classes / Tai-chi & Yoga
- Culinary classes
- Nutritional classes
- Floral culture and horture culture
- Spa Day program / Aroma Therapy/ Hijama
- Art Room / Pottery & ceramics
- Cyber Room
- Botanical/ Arcade Room

The gift of education has a ripple effect, it creates change locally, nationally, and globally.

-Dr. Asmaa Ansari

*Food made by Amera Ceasar

# Food Truck




- The face of the company is a food truck, Amera's Royal Bites to mobilize to different cities that need resources with the ability to service in need or buying customers. It will also provide legal and mental health resources.






*Food made by Amera Ceasar

# Ceasar's Royal Chocolates

- The heart of the company will be Ceasar's Royal Chocolates Inc. the chocolate bars will support those who suffer from ADHD, Anxiety, depression, and low sex drive who are on a low-calorie and carb diet.

- Chocolate bars will be in a variety of flavors.

- Vegan-friendly and halal

- Affordable and healthy

- **Timeline goal**
  - 1-8 years 1000- 18,000 bars
  - 8- 15 years 18,000 – 40,000 bars

 

*The chocolate bars and bites will be donated to under developed countries and communities

Ceasar Royal Chocolate Inc always wanted a chocolate bar that was healthy and pure. No GMO or artificial flavors. The goal is to have people taste sensations in their food and help people make healthier decisions.

# Services Provided at I.V.C.

I.V.C will help anyone with:



- Housing for mom and baby
- Unisex housing for teens and adults
- Domestic violence and obesity
- Transportation services
- Soup kitchen/buffet
- Hotline services for incarcerated people (negligence, abuse, housing and re-entry plans)
- Pantry/ cafeteria for residential and non – residential participants
- Re-entry for formerly incarcerated
- Family therapy
- Morita therapy/ Logotherapy
- Aftercare services
- Leadership/ Employment



- These educational/recreational services will be infused into profit and not-for-profit organizations
- Individuals will have self-pay/ commercial insurance or Medicaid or Medicare for enrollment.

## Ultimate Timeline Goals (participants)

- 1- 5 years    ➡    100 – 200 people
- 5- 10 years   ➡    200 – 500 people
- 10 – 20 years ➡    500 – 1000 people



## Ultimate Timeline Budgetary Goals

- Primary source of funding will come from federal and state grants for women of color and marginalized communities

# Housing & Offices

## Ultimate Timeline Goals

5-10 years to establish the agency and expand to the Tri-state areas

  

# Acknowledgment



"Discover your life's purpose"
-Dr. Shoma – Mortia "Zen Master"

First and foremost, I thank Allah (God) Almighty for blessing me with the knowledge to create this organization. I would also like to thank my family who stayed connected with me at my lowest in life, and my friends "Hana" & peers who supported me along the way. Thanks to my attorneys at F.D.N.Y. & their team, especially Tiffany the Social Worker, and paralegals. They worked hard on my case in the long run, as it was dysfunctional. And last but not least, thanks to all who will help me in the near future by God Almighty & Decree!

Peacefully

Amera Ceasar

Ignorance is our enemy and with your support, we can make a difference!

-I.S.N.A. Org



TRULINCS  89767053 - CEASAR, SINMYAH AMERA - Unit: HAF-J-B

---------------------------------------------------------------------------------------------------

FROM: Lisa, Lis
TO: 89767053
SUBJECT: RE: legal help
DATE: 03/25/2026 06:33:03 AM

*Copy*

Annual Determination of Average Cost of Incarceration Fee (COIF)

Published Document: 2025-22777 (90 FR 58059)

This document has been published in the Federal Register. Use the PDF linked in the document sidebar for the official electronic format.

Publication Date
12/15/2025

Document headings vary by document type but may contain the following:
1.      the agency or agencies that issued and signed a document
2.      the number of the CFR title and the number of each part the document amends, proposes to amend, or is directly related to
3.      the agency docket number / agency internal file number
4.      the RIN which identifies each regulatory action listed in the Unified Agenda of Federal Regulatory and

SUMMARY:
Pursuant to 28 CFR 0.96c and 28 CFR 505.2, this Notice publishes the Fiscal Year (FY) 2024 Cost of Incarceration Fee (COIF) for Federal inmates.
DATES:
December 15, 2025.

Title 28 of the Code of Federal Regulations, part 505, allows for assessment of a fee to cover the average cost of incarceration for Federal inmates. We calculate the cost of incarceration fee (COIF) by dividing the number representing the Bureau of Prisons (Bureau) facilities' monetary obligation (excluding activation costs) by the number of inmate-days incurred for the fiscal year, and then by multiplying the quotient by the number of days in the fiscal year.

Based on FY 2024 data, the average annual COIF for a Federal inmate housed in a Bureau or non-Bureau facility in FY 2024 was $47,162 ($129.21 per day). The average annual COIF for a Federal inmate housed in a Residential Reentry Center for FY 2024 was $43,703 ($119.73 per day). (Please note: There were 366 days in FY 2024.)

SFF HAZELTON
PO BOX 3000
Bruceton Mills, WV, 26525

(6 STAMPS)
ATTACHED

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 01 2026 ★

BROOKLYN OFFICE

USMS

Judge Matsu Moto, Kiyo
U.S. District Court of EASTERN
225 CADMAN PLAZA (EAST)
Brooklyn, NY, 11201

LEGAL MAIL

LEGAL

MAIL